

| | About | Demo | News | Sign Up | Contact Us |

### Demo
Online Demo

**Notice & Agreement:**

By filling out this form and/or proceeding to view our demo, you (and your company) understand and agree to be bound by this agreement; that the information contained is confidential and proprietary and contains trade secrets. You will not disclose or use this information without expressed written permission.

You are allowed to view our site, and/or demo in order to consider a business opportunity with homebuildershowroom.com (and/or our affiliates) and that this opportunity is good and valuable consideration and accepted with the terms of this confidentiality agreement.

You also represent that the information in this form is materially true and correct.

By submitting this form you indicate your acceptance of these terms and conditions.

(c) 1999 - 2008
Patent US #7,076,455 B1
Patent US #7,254,553 B2
Future Patents Pending
All Rights Reserved.

This contact form is for **everyone**. Please use it to contact us with your questions, interests and to view a demo of our service. If you fill out the form, we can get to know you, get your comments and notify you of improvements. All information is strictly confidential.

*First Name
*Last Name
Title
Company Name
Address
City
State       *Zip
*Phone
Fax
*Email

Survey. Please Estimate    (strictly confidential)

Avg. # homes/year    #
Avg. $ homes/year    $
Avg. $ upgrades      $

*Level of interest:
1) I'm Ready To Sign Up Now
2) Just Browsing
3) Great Idea - Please Contact Me Soon

*I'm a:
Builder/Developer
Contractor/Subcontractor
Architect/Designer
Manufacturer/Vendor
Home Buyer

Notes, Questions or Comments

[ Submit ]  [ Reset ]

By submitting you are agreeing with the terms and conditions stated on this page.

We are constantly expanding our website, tools and applications. We appreciate your ideas and impressions. Please feel free to contact us for details. You can call us at:

(773)528-9077 x 5

[About](#) | [Demo](#) | [News](#) | [Sign Up](#) | [Contact Us](#)

HomeBuilderShowroom.Com [Patent US #7,076,455 B1](#) [Patent US #7,254,553 B2](#) Future Patents Pending (c) 1999-2008. Future Patents Pending All Rights Reserved.